

BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $75,750.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $27,910.00 IN U.S. CURRENCY, and<br><br>2006 BRISTERS TW413 TRAIL WAGON UTV, VIN:BDMUTXH1K7A09112A,<br><br>　　　　Defendants. | 2:10-CV-01272-JAM-EFB<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on May 21, 2010, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $75,750.00 in U.S. Currency, Approximately $27,910.00 in U.S. Currency, and 2006 Bristers TW413 Trail Wagon UTV, VIN: BDMUTXH1K7A09112A, (hereafter "defendant properties"), are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 et *seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Brian Nehring, there is probable cause to believe that the defendant properties so described constitute properties that are subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant properties.

Dated: 5/26/10

_____
DALE A. DROZD
United States Magistrate Judge